IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-00262-CR-W-HFS |
| ) | |
| Christopher James Obyrne ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On July 2, 2020, defendant executed a Consent to Entry of Felony Plea before Magistrate Lajuana M. Counts (Doc. 99), and a hearing was held formally memorializing defendant's guilty plea. Judge Counts determined that the guilty plea to the lesser included charge contained within Count One of the Indictment charging defendant with a violation of 18 U.S.C. §§ 841(a)(1), (b)(1)(c) and 846 - that is, conspiracy to distribute heroin and methamphetamine, and to Count Two of the Indictment charging defendant with a violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), (B)(i), (ii), and (h) – that is, conspiracy to commit money

laundering. The defendant also agreed to the forfeiture of property, which includes a money judgment to be entered against the defendant, as contained in the Indictment. Judge Counts determined that the guilty plea was knowledgeable and voluntary and that the offenses charged were supported by an independent basis in fact containing each essential element of the offenses.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 101) and ACCEPT defendant's guilty plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

SO ORDERED.

s/ HOWARD F. SACHS

**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

September 29, 2020

Kansas City, Missouri